**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SOLOMON ALFRED YARTEH, | Case No. 2:24-cv-02041-RFB-NJK |
| Plaintiff, | **Order** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The docket reflects that Plaintiff has paid the filing fee.  Docket No. 4.  The Clerk's Office is therefore **INSTRUCTED** to file Plaintiff's complaint, Docket No. 1-1, on the docket.  Plaintiff must effectuate service within 90 days of this order.  *See* Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated: January 6, 2025

Nancy J. Koppe
United States Magistrate Judge

1