UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SOLOMON ALFRED YARTEH,<br>　　　Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>　　　Defendant. | Case No.: 2:24-cv-02041-RFB-NJK<br>**Order**<br>[Docket No. 7] |

　　　Pending before the Court is Plaintiff's motion to compel. Docket No. 7. However, Plaintiff's motion is premature as Defendant has not been served. *See* Docket.

　　　Further, while the Court construes the filings of *pro se* litigants liberally, *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013), the Court is unable to discern what relief it is that Plaintiff seeks through this filing. Additionally, in violation of the Local Rules, *see* Local Rule IC 2-2(b), Plaintiff appears to seek multiple types of relief, including *habeas corpus* relief. Docket No. 7 at 11. An application for a writ of *habeas corpus* must be filed in the district where the petitioner is confined. 28 U.S.C.A. § 2241(a); *see also Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004). Here, Plaintiff is in custody at Strafford County Corrections in Dover, New Hampshire. *See* Docket. The United States District Court for the District of Nevada is not the proper court for Plaintiff to seek this form of relief.

　　　Accordingly, the motion to compel is **DENIED**. Docket No. 7.

　　　IT IS SO ORDERED.

　　　Dated: January 14, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge